# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HUESO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SELECT PORTFOLIO SERVICING, INC., *et al.*,<br><br>Defendants. | Case No. 18-cv-1892-BAS-WVG<br><br>**ORDER GRANTING *EX PARTE* APPLICATION TO LIFT STAY**<br><br>**[ECF No. 34]** |

Before the Court is Defendants' *Ex Parte* Application ("Application") to lift the stay in light of the dismissal of Plaintiff's bankruptcy proceeding on May 19, 2020. (App., ECF No. 34.) Defendant states that because Plaintiff's bankruptcy proceeding was dismissed without discharge or any resolution of the claims before this Court, "the parties stand in exactly the same position" as they were before the stay went into effect. (App. at 4–5.)

Plaintiff has not opposed the Application. *See* Hon. Cynthia A. Bashant's Standing Order in Civil Cases § 6 ("*Ex parte* applications that are not opposed within two Court days must be considered unopposed and may be granted on that ground."). While Plaintiff refused to stipulate to lift the stay, it appears this was based on his disagreement over reinstating the Motion to Dismiss before participating in an Early Neutral Evaluation and not over lifting the stay itself. (Jt. Status Rep., ECF No. 35; Decl. of Melissa Coutts in

supp. of App. ¶ 6, ECF No. 34-1.)

Good cause appearing, the Court **LIFTS** the stay. The parties shall re-file, in consecutive order, the Motion to Dismiss, Opposition, and Reply by **June 16, 2020**.[1] The Court further **ORDERS** the parties to contact the Magistrate Judge's chambers no later than **June 19, 2020** to schedule a case management conference.

**IT IS SO ORDERED.**

DATED: June 9, 2020

Hon. Cynthia Bashant
United States District Judge

---

[1] Because the hearing date on the Motion only sets the briefing schedule for the Motion and does not indicate when appearances are necessary, there is no need to reset the hearing date. *See* Hon. Cynthia A. Bashant's Standing Order in Civil Cases § 4B. If the Court decides to hear oral argument, it will issue an order setting the matter for hearing.